*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HITESMAN, GASTON, and PENNIX
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Nurudeen O. Dawodu**
Aviation Structural Mechanic Third Class (E-4), U.S. Navy
Appellant

**No. 201900321**

Decided: 21 April 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Aaron C. Rugh

Sentence adjudged on 9 August 2019 by a special court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for eight months, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Colonel Michael D. Berry, USMCR*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The convening authority suspended confinement in excess of six months pursuant to a pretrial agreement.

———————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court